**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAMES VAN WINKLE,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **NO. 4:14-CV-02565** |
| | § | |
| **PORTERWOOD SHOPPING CENTER, LP,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, Defendant Porterwood Shopping Center, LP ("Defendant") files this Disclosure of Interested Parties, and respectfully states that the following persons or entities which are known to Defendant at this time may have a financial interest in the outcome of this litigation:

1. Porterwood Shopping Center, LP, Defendant;

2. Littler Mendelson, PC, Counsel for Defendant;

3. James Van Winkle, Plaintiff; and

4. The Smeberg Law Firm, PLLC and Fuller, Fuller and Associates, P.A., Counsel for Plaintiff.

Defendant also states that there is no publicly held corporation that owns 10% or more of its stock.

Dated: October 31, 2014

Respectfully submitted,

/s/ *Kevin S. Mullen*

**Kevin S. Mullen** (Attorney-in-Charge)
Texas Bar No. 24032892
Federal I.D. No. 30552
**LITTLER MENDELSON, PC**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100 (Telephone)
214.880.0181 (Fax)
kmullen@littler.com

**Alexis C. Knapp**
Texas Bar No. 24060100
Federal I.D. No. 871271
**LITTLER MENDELSON, PC**
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Fax)
aknapp@littler.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and also sent it via certified mail, to the following counsel of record:

| | |
|---|---|
| **Ronald J. Smeburg** | **John P. Fuller** |
| The Smeburg Law Firm, PLLC | 12000 Biscayne Blvd., Suite 502 |
| 2010 West Kings Highway | North Miami, Florida 33181 |
| San Antonio, Texas 78231 | |

/s/ *Alexis C. Knapp*
Alexis C. Knapp