# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMES VAN WINKLE,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 4:14-CV-02565 |
| **PORTERWOOD SHOPPING CENTER, LP,** | § § § § | |
| Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this Stipulation of Dismissal with Prejudice regarding Plaintiff's claims against Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1. Plaintiff alleges Defendant violated the accessibility requirements of the Americans with Disabilities Act and related Texas state law. Defendant denies Plaintiff's allegations.

2. Defendant has answered this suit.

3. This case is not a class action and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

5. Plaintiff and Defendant have resolved their differences.

6. Plaintiff hereby dismisses, with prejudice, all his claims against Defendant. Plaintiff and Defendant will bear their own costs of suit.

7. As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant.

Respectfully Submitted,

| | |
|---|---|
| */s/ John P. Fuller* | */s/ Kevin S. Mullen* |
| **John P. Fuller** (Attorney-in-Charge) | **Kevin S. Mullen** (Attorney-in-Charge) |
| Florida Bar No. 0276487 | Texas Bar No. 24032892 |
| SDTX Bar No. 578081 | SDTX Bar No. 30552 |
| **FULLER, FULLER AND ASSOCIATES, P.A.** | **LITTLER MENDELSON, PC** |
| 12000 Biscayne Blvd., Suite 502 | 2001 Ross Avenue |
| North Miami, Florida 33181 | Suite 1500, Lock Box 116 |
| 305.891.5199 (Telephone) | Dallas, TX 75201.2931 |
| 305.893.9505 (Fax) | 214.880.8100 (Telephone) |
| jpf@fullerfuller.com | 214.880.0181 (Fax) |
| | kmullen@littler.com |
| **Ronald J. Smeberg** | **Alexis C. Knapp** |
| Texas Bar No. 24033967 | Texas Bar No. 24060100 |
| **THE SMEBERG LAW FIRM, PLLC** | SDTX Bar No. 871271 |
| 2010 West Kings Highway | **LITTLER MENDELSON, PC** |
| San Antonio, Texas 78231 | 1301 McKinney, Suite 1900 |
| 832.605.6769 (Telephone) | Houston, Texas 77010 |
| 281.293.9902 (Fax) | 713.951.9400 (Telephone) |
| ronaldsmeberg@yahoo.com | 713.951.9212 (Fax) |
| | aknapp@littler.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

Firmwide:130341378.1 082581.1001