UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| James Van Winkle, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-14-2565 |
| Porterwood shopping Center, LP., | § § § | |
| Defendants. | § | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on December 31, 2014, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this ___5___ day of January, 2015.

DAVID HITTNER
United States District Judge